**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FIDEL PALACIOS MOLINA,

        *Petitioner*,

v.                                Case No. 3:26-cv-250-WWB-MCR

WARDEN, BAKER COUNTY DETENTION
CENTER, et al.,

        *Respondents*.

_____

## ORDER

THIS CAUSE is before the Court on Petitioner's Motion to Voluntarily Dismiss Petition (Doc. 13).  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 2, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of Record